# Earnings Statement

**KAMARA, DJOBBA K**

| | | |
|---|---|---|
| Pay Date: | 12/30/2025 | Company: 0SC47 - WOODS SERVICES INC |
| Period Start: | 12/07/2025 | PO BOX 36 ROUTE 413 |
| Period End: | 12/20/2025 | LANGHORNE  PA  19047   (215) 750-4000 |

Dept: 2107113 - 2107113 - Maplewood -PRTF
Pay Basis: Salary

| | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| **Earnings** | | | | |
| Regular | 23.32 | 80.00 | 1865.39 | 14550.04 |
| Holiday Leave | 23.32 | 0.00 | 0.00 | 186.54 |
| Salary Additional Hours | 23.32 | 0.00 | 0.00 | 1492.32 |
| **Gross Pay** | | **80.00** | **1865.39** | **16228.90** |
| **W/H Taxes** | | | | |
| Federal W/H(S/0) | | | 161.28 | 1525.24 |
| Medicare | | | 26.87 | 234.25 |
| Social Security | | | 114.89 | 1001.63 |
| Penn. State W/H(C/0) | | | 56.89 | 495.97 |
| 510101,PHILADELPHIA CITY/PHILADELPHIA CITY | | | 69.77 | 606.98 |
| LST 090805,MIDDLETOWN TWP | | | 2.00 | 16.00 |
| Pennsylvania UI/HC/WF | | | 1.31 | 11.39 |
| **Deductions** | | | | |
| 403B Percentage | | | 186.54 | 1193.85 |
| Indecs  EE | | | 10.00 | 60.00 |
| Vision | | | 2.26 | 13.56 |
| **Net Pay** | | | **1233.58** | **11070.03** Voucher No. 723798659DD |
| **Net Pay Distribution** | | | | |
| Direct Deposit Net Check | | | 333.58 | 3870.03 A/C:8471 |
| Direct Dep. Distribution 1 | | | 300.00 | 2400.00 A/C:0246 |
| Direct Dep. Distribution 2 | | | 300.00 | 2400.00 A/C:2549 |
| Direct Dep. Distribution 3 | | | 300.00 | 2400.00 A/C:1444 |

| **Employee Benefits, Allowances, and Other** | Current Period | Year To Date | YTD Taken | Available |
|---|---|---|---|---|
| Paid Time Off (Hours) | 6.15 | 49.20 | 0.00 | 49.20 |

Voucher No.  723798659DD

WOODS SERVICES INC
ROUTES 213 AND 413
LANGHORNE, PA   19047
Dept: 2107113

DATE: 12/30/2025

**Net Pay:**  1233.58

One Thousand Two Hundred Thirty Three And 58/100 Dollars

KAMARA, DJOBBA K
7056 REEDLAND AVE
PHILADELPHIA, PA   19142

For Record Purposes Only
**NON-NEGOTIABLE**

# Earnings Statement

**KAMARA, DJOBBA K**

| | |
|---|---|
| Pay Date: | 12/16/2025 |
| Period Start: | 11/23/2025 |
| Period End: | 12/06/2025 |

Company: 0SC47 - WOODS SERVICES INC
PO BOX 36 ROUTE 413
LANGHORNE  PA  19047    (215) 750-4000

Dept: 2107113 - 2107113 - Maplewood -PRTF
Pay Basis: Salary

| | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| **Earnings** | | | | |
| Regular | 23.32 | 72.00 | 1678.85 | 12684.65 |
| Holiday Leave | 23.32 | 8.00 | 186.54 | 186.54 |
| Salary Additional Hours | 23.32 | 16.00 | 373.08 | 1492.32 |
| **Gross Pay** | | 96.00 | 2238.47 | 14363.51 |
| **W/H Taxes** | | | | |
| Federal W/H(S/0) | | | 201.57 | 1363.96 |
| Medicare | | | 32.28 | 207.38 |
| Social Security | | | 138.03 | 886.74 |
| Penn. State W/H(C/0) | | | 68.34 | 439.08 |
| 510101,PHILADELPHIA CITY/PHILADELPHIA CITY | | | 83.72 | 537.21 |
| LST 090805,MIDDLETOWN TWP | | | 2.00 | 14.00 |
| Pennsylvania UI/HC/WF | | | 1.57 | 10.08 |
| **Deductions** | | | | |
| 403B Percentage | | | 223.85 | 1007.31 |
| Indecs  EE | | | 10.00 | 50.00 |
| Vision | | | 2.26 | 11.30 |
| **Net Pay** | | | 1474.85 | 9836.45 Voucher No. 718959999DD |

| **Net Pay Distribution** | | |
|---|---|---|
| Direct Deposit Net Check | 574.85 | 3536.45 A/C:8471 |
| Direct Dep. Distribution 1 | 300.00 | 2100.00 A/C:0246 |
| Direct Dep. Distribution 2 | 300.00 | 2100.00 A/C:2549 |
| Direct Dep. Distribution 3 | 300.00 | 2100.00 A/C:1444 |

| Employee Benefits, Allowances, and Other | Current Period | Year To Date | YTD Taken | Available |
|---|---|---|---|---|
| Paid Time Off (Hours) | 6.15 | 43.05 | 0.00 | 43.05 |

Voucher No. 718959999DD

WOODS SERVICES INC
ROUTES 213 AND 413
LANGHORNE, PA   19047
Dept: 2107113

DATE: 12/16/2025

**Net Pay:**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　1474.85

One Thousand Four Hundred Seventy Four And 85/100 Dollars

KAMARA, DJOBBA K
7056 REEDLAND AVE
PHILADELPHIA, PA  19142

For Record Purposes Only
**\*\*NON-NEGOTIABLE\*\***

# Earnings Statement

**KAMARA, DJOBBA K**

| | |
|---|---|
| Pay Date: | 12/02/2025 |
| Period Start: | 11/09/2025 |
| Period End: | 11/22/2025 |

Company: 0SC47 - WOODS SERVICES INC
PO BOX 36 ROUTE 413
LANGHORNE  PA  19047    (215) 750-4000

Dept: 2107113 - 2107113 - Maplewood -PRTF
Pay Basis: Salary

|  | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| **Earnings** | | | | |
| Regular | 23.32 | 80.00 | 1865.39 | 11005.80 |
| Salary Additional Hours | 23.32 | 40.00 | 932.70 | 1119.24 |
| **Gross Pay** | | 120.00 | 2798.09 | 12125.04 |
| **W/H Taxes** | | | | |
| Federal W/H(S/0) | | | 301.56 | 1162.39 |
| Medicare | | | 40.39 | 175.10 |
| Social Security | | | 172.72 | 748.71 |
| Penn. State W/H(C/0) | | | 85.53 | 370.74 |
| 510101,PHILADELPHIA CITY/PHILADELPHIA CITY | | | 104.65 | 453.49 |
| LST 090805,MIDDLETOWN TWP | | | 2.00 | 12.00 |
| Pennsylvania UI/HC/WF | | | 1.96 | 8.51 |
| **Deductions** | | | | |
| 403B Percentage | | | 279.81 | 783.46 |
| Indecs  EE | | | 10.00 | 40.00 |
| Vision | | | 2.26 | 9.04 |
| **Net Pay** | | | 1797.21 | 8361.60  Voucher No. 715253751DD |

**Net Pay Distribution**

| | Current Period | Year To Date | |
|---|---|---|---|
| Direct Deposit Net Check | 897.21 | 2961.60 | A/C:8471 |
| Direct Dep. Distribution 1 | 300.00 | 1800.00 | A/C:0246 |
| Direct Dep. Distribution 2 | 300.00 | 1800.00 | A/C:2549 |
| Direct Dep. Distribution 3 | 300.00 | 1800.00 | A/C:1444 |

| **Employee Benefits, Allowances, and Other** | Current Period | Year To Date | YTD Taken | Available |
|---|---|---|---|---|
| Paid Time Off (Hours) | 6.15 | 36.90 | 0.00 | 36.90 |

| | |
|---|---|
| WOODS SERVICES INC<br>ROUTES 213 AND 413<br>LANGHORNE, PA   19047<br>Dept: 2107113 | Voucher No.  715253751DD<br><br>DATE: 12/02/2025 |

**Net Pay:**  1797.21

One Thousand Seven Hundred Ninety Seven And 21/100 Dollars

KAMARA, DJOBBA K
7056 REEDLAND AVE
PHILADELPHIA, PA  19142

For Record Purposes Only
**\*\*NON-NEGOTIABLE\*\***

# Earnings Statement

**KAMARA, DJOBBA K**

| | |
|---|---|
| Pay Date: 11/18/2025 | Company: 0SC47 - WOODS SERVICES INC |
| Period Start: 10/26/2025 | PO BOX 36 ROUTE 413 |
| Period End: 11/08/2025 | LANGHORNE PA 19047  (215) 750-4000 |

Dept: 2107113 - 2107113 - Maplewood -PRTF
Pay Basis: Salary

| | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| **Earnings** | | | | |
| Regular | 23.32 | 80.00 | 1865.39 | 9140.41 |
| Salary Additional Hours | 23.32 | 8.00 | 186.54 | 186.54 |
| **Gross Pay** | | 88.00 | 2051.93 | 9326.95 |
| **W/H Taxes** | | | | |
| Federal W/H(S/0) | | | 181.43 | 860.83 |
| Medicare | | | 29.58 | 134.71 |
| Social Security | | | 126.46 | 575.99 |
| Penn. State W/H(C/0) | | | 62.62 | 285.21 |
| 510101,PHILADELPHIA CITY/PHILADELPHIA CITY | | | 76.74 | 348.84 |
| LST 090805,MIDDLETOWN TWP | | | 2.00 | 10.00 |
| Pennsylvania UI/HC/WF | | | 1.44 | 6.55 |
| **Deductions** | | | | |
| 403B Percentage | | | 205.19 | 503.65 |
| Indecs  EE | | | 10.00 | 30.00 |
| Vision | | | 2.26 | 6.78 |
| **Net Pay** | | | 1354.21 | 6564.39 Voucher No. 710705191DD |
| **Net Pay Distribution** | | | | |
| Direct Deposit Net Check | | | 454.21 | 2064.39 A/C:8471 |
| Direct Dep. Distribution 1 | | | 300.00 | 1500.00 A/C:0246 |
| Direct Dep. Distribution 2 | | | 300.00 | 1500.00 A/C:2549 |
| Direct Dep. Distribution 3 | | | 300.00 | 1500.00 A/C:1444 |

| **Employee Benefits, Allowances, and Other** | **Current Period** | **Year To Date** | **YTD Taken** | **Available** |
|---|---|---|---|---|
| Paid Time Off (Hours) | 6.15 | 30.75 | 0.00 | 30.75 |

Voucher No. 710705191DD

WOODS SERVICES INC
ROUTES 213 AND 413
LANGHORNE, PA   19047
Dept: 2107113

DATE: 11/18/2025

**Net Pay:**                                                                             1354.21

One Thousand Three Hundred Fifty Four And 21/100 Dollars

KAMARA, DJOBBA K
7056 REEDLAND AVE
PHILADELPHIA, PA  19142

For Record Purposes Only
**NON-NEGOTIABLE**

# Earnings Statement

**KAMARA, DJOBBA K**

| | |
|---|---|
| Pay Date: 11/04/2025 | Company: 0SC47 - WOODS SERVICES INC |
| Period Start: 10/12/2025 | PO BOX 36 ROUTE 413 |
| Period End: 10/25/2025 | LANGHORNE  PA  19047   (215) 750-4000 |

Dept: 2107113 - 2107113 - Maplewood -PRTF
Pay Basis: Salary

| | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| **Earnings** | | | | |
| Regular | 23.32 | 80.00 | 1865.39 | 7275.02 |
| **Gross Pay** | | 80.00 | 1865.39 | 7275.02 |
| **W/H Taxes** | | | | |
| Federal W/H(S/0) | | | 161.28 | 679.40 |
| Medicare | | | 26.87 | 105.13 |
| Social Security | | | 114.89 | 449.53 |
| Penn. State W/H(C/0) | | | 56.89 | 222.59 |
| 510101,PHILADELPHIA CITY/PHILADELPHIA CITY | | | 69.77 | 272.10 |
| LST 090805,MIDDLETOWN TWP | | | 2.00 | 8.00 |
| Pennsylvania UI/HC/WF | | | 1.31 | 5.11 |
| **Deductions** | | | | |
| 403B Percentage | | | 186.54 | 298.46 |
| Indecs  EE | | | 10.00 | 20.00 |
| Vision | | | 2.26 | 4.52 |
| **Net Pay** | | | 1233.58 | 5210.18  Voucher No. 706578782DD |
| **Net Pay Distribution** | | | | |
| Direct Deposit Net Check | | | 333.58 | 1610.18 A/C:8471 |
| Direct Dep. Distribution 1 | | | 300.00 | 1200.00 A/C:0246 |
| Direct Dep. Distribution 2 | | | 300.00 | 1200.00 A/C:2549 |
| Direct Dep. Distribution 3 | | | 300.00 | 1200.00 A/C:1444 |

| **Employee Benefits, Allowances, and Other** | Current Period | Year To Date | YTD Taken | Available |
|---|---|---|---|---|
| Paid Time Off (Hours) | 6.15 | 24.60 | 0.00 | 24.60 |

Voucher No. 706578782DD

WOODS SERVICES INC
ROUTES 213 AND 413
LANGHORNE, PA   19047
Dept: 2107113

DATE: 11/04/2025

**Net Pay:**                                                                                               1233.58

One Thousand Two Hundred Thirty Three And 58/100 Dollars

KAMARA, DJOBBA K
7056 REEDLAND AVE
PHILADELPHIA, PA  19142

For Record Purposes Only
**NON-NEGOTIABLE**

# Earnings Statement

KAMARA, DJOBBA K

| | |
|---|---|
| Pay Date: | 10/21/2025 |
| Period Start: | 09/28/2025 |
| Period End: | 10/11/2025 |

Company: 0SC47 - WOODS SERVICES INC
PO BOX 36 ROUTE 413
LANGHORNE  PA  19047    (215) 750-4000

Dept: 2107113 - 2107113 - Maplewood -PRTF
Pay Basis: Salary

| | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| **Earnings** | | | | |
| Regular | 23.32 | 80.00 | 1865.39 | 5409.63 |
| **Gross Pay** | | 80.00 | 1865.39 | 5409.63 |
| **W/H Taxes** | | | | |
| Federal W/H(S/0) | | | 176.95 | 518.12 |
| Medicare | | | 26.87 | 78.26 |
| Social Security | | | 114.90 | 334.64 |
| Penn. State W/H(C/0) | | | 56.89 | 165.70 |
| 510101,PHILADELPHIA CITY/PHILADELPHIA CITY | | | 69.77 | 202.33 |
| LST 090805,MIDDLETOWN TWP | | | 2.00 | 6.00 |
| Pennsylvania UI/HC/WF | | | 1.31 | 3.80 |
| **Deductions** | | | | |
| 403B Percentage | | | 55.96 | 111.92 |
| Indecs  EE | | | 10.00 | 10.00 |
| Vision | | | 2.26 | 2.26 |
| **Net Pay** | | | **1348.48** | **3976.60** Voucher No. 702555408DD |
| **Net Pay Distribution** | | | | |
| Direct Deposit Net Check | | | 448.48 | 1276.60 A/C:8471 |
| Direct Dep. Distribution 1 | | | 300.00 | 900.00 A/C:0246 |
| Direct Dep. Distribution 2 | | | 300.00 | 900.00 A/C:2549 |
| Direct Dep. Distribution 3 | | | 300.00 | 900.00 A/C:1444 |

| **Employee Benefits, Allowances, and Other** | **Current Period** | **Year To Date** | **YTD Taken** | **Available** |
|---|---|---|---|---|
| Paid Time Off (Hours) | 6.15 | 18.45 | 0.00 | 18.45 |

Voucher No. 702555408DD

WOODS SERVICES INC
ROUTES 213 AND 413
LANGHORNE, PA   19047
Dept: 2107113

DATE: 10/21/2025

**Net Pay:** 1348.48

One Thousand Three Hundred Forty Eight And 48/100 Dollars

KAMARA, DJOBBA K
7056 REEDLAND AVE
PHILADELPHIA, PA   19142

For Record Purposes Only
**NON-NEGOTIABLE**