# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| Djobba Kekoura Kamara, <br><br> *Debtor.* | Case No. 25-14071-PMM <br> Chapter 13 |

### Certificate of Service

I, Michael A. Cibik, certify that on March 19, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- First Amended Chapter 13 Plan

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated on the attached mailing exhibit.

Date: March 19, 2026

/s/ Michael A. Cibik

Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

**U.S. Trustee**
Robert NC Nix, Sr. Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107

**Kenneth E. West**
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106

**Method of Service: First Class Mail**

**Caine & Weiner**
Attn: Bankruptcy
5805 Sepulveda Blvd
Sherman Oaks, CA 91411-2546

**Capital One**
Attn: Bankruptcy
PO Box 30285
Salt Lake City, UT 84130-0285

**City of Philadelphia**
Attn: Parking Violations Branch PO Box 41819
Philadelphia, PA 19101-1819

**Cornerstone**
PO Box 82561
Lincoln, NE 68501

**Credit Collection Services**
Attn: Bankruptcy
725 Canton St
Norwood, MA 02062

**Credit One Bank**
Attn: Bankruptcy
6801 S Cimarron Rd
Las Vegas, NV 89113-2273

**Harris & Harris, Ltd.**
Attn: Bankruptcy
111 W Jackson Blvd Ste 650 Chicago, IL 60604-3589

**Internal Revenue Service**
Centralized Insolvency Operation PO Box 7346
Philadelphia, PA 19101-7346

**Mohela/dofed**
Po Box 300001
Greenville, TX 75403

**PA Turnpike Toll By Plate**
Po Box 645631
Pittsburgh, PA 15264-5254

**PECO Energy Company**
2301 Market St
Philadelphia, PA 19103-1338

**Pennsylvania Department of Revenue**
Bankruptcy Division
1 Revenue Pl
Harrisburg, PA 17129-0001

**Pennsylvania Turnpike Commission**
300 East Park Drive
Harrisburg, PA 17111

**PGW**
Legal - Bankruptcy Unit
800 W Montgomery Ave Fl 3 Philadelphia, PA 19122-2806

**Philadelphia Parking Authority**
Bankruptcy Department
701 Market St
Philadelphia, PA 19106-1538

**Receivable Management Services. LLC**
Attn: Bankruptcy
7350 Tilghman St
Allentown, PA 18106

**Tolls by Mail Payment Processing Center**
PO Box 15183
Albany, NY 12212

**Toyota Financial Services**
Attn: Bankruptcy
PO Box 259001
Plano, TX 75025-9001

**Water Revenue Bureau**
c/o Pamela Elchert Thurmond
Tax Lit & Collections Unit
1401 John F Kennedy Blvd Fl 5
Philadelphia, PA 19102-1617