United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-14884-djb |
| Djobba Kekoura Kamara | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: May 07, 2026 | Form ID: 155 | Total Noticed: 24 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 09, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Djobba Kekoura Kamara, 7056 Reedland Street, Philadelphia, PA 19142-1716 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15078657 | | Email/Text: megan.harper@phila.gov | May 08 2026 01:28:00 | Water Revenue Bureau, c/o Pamela Elchert Thurmond, Tax Lit & Collections Unit, 1401 John F Kennedy Blvd Fl 5, Philadelphia, PA 19102-1617 |
| 15078639 | | Email/Text: caineweiner@ebn.phinsolutions.com | May 08 2026 01:28:31 | Caine & Weiner, Attn: Bankruptcy, 5805 Sepulveda Blvd, Sherman Oaks, CA 91411-2546 |
| 15078640 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 08 2026 01:33:41 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15078641 | | Email/Text: bankruptcy@philapark.org | May 08 2026 01:28:00 | City of Philadelphia, Attn: Parking Violations Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 15078642 | ^ | MEBN | May 08 2026 01:22:34 | Cornerstone, PO Box 82561, Lincoln, NE 68501-2561 |
| 15078643 | + | Email/Text: bankruptcy_notifications@ccsusa.com | May 08 2026 01:28:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 15078644 | | Email/PDF: creditonebknotifications@resurgent.com | May 08 2026 01:33:30 | Credit One Bank, Attn: Bankruptcy, 6801 S Cimarron Rd, Las Vegas, NV 89113-2273 |
| 15078645 | | Email/Text: HHEBN@harriscollect.com | May 08 2026 01:28:00 | Harris & Harris, Ltd., Attn: Bankruptcy, 111 W Jackson Blvd Ste 650, Chicago, IL 60604-3589 |
| 15078646 | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 08 2026 01:28:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15100401 | | Email/PDF: resurgentbknotifications@resurgent.com | May 08 2026 01:33:31 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15078647 | ^ | MEBN | May 08 2026 01:22:41 | Mohela/dofed, Po Box 300001, Greenville, TX 75403-3001 |
| 15093130 | | Email/Text: mtgbk@shellpointmtg.com | May 08 2026 01:28:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 15078648 | ^ | MEBN | May 08 2026 01:22:28 | PA Turnpike Toll By Plate, Po Box 645631, Pittsburgh, PA 15264-5254 |
| 15078649 | + | Email/Text: bankruptcygroup@peco-energy.com | May 08 2026 01:28:00 | PECO Energy Company, 2301 Market St, Philadelphia, PA 19103-1380 |

District/off: 0313-2 | User: admin | Page 2 of 3
Date Rcvd: May 07, 2026 | Form ID: 155 | Total Noticed: 24

| 15078652 | ^ MEBN | May 08 2026 01:22:25 | PGW, Legal - Bankruptcy Unit, 800 W Montgomery Ave Fl 3, Philadelphia, PA 19122-2806 |
| 15078650 | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 08 2026 01:28:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 15078651 | ^ MEBN | May 08 2026 01:22:35 | Pennsylvania Turnpike Commission, 300 East Park Drive, Harrisburg, PA 17111-2729 |
| 15078653 | Email/Text: bankruptcy@philapark.org | May 08 2026 01:28:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1538 |
| 15078654 | ^ MEBN | May 08 2026 01:22:39 | Receivable Management Services. LLC, Attn: Bankruptcy, 7350 Tilghman St, Allentown, PA 18106-9012 |
| 15078655 | ^ MEBN | May 08 2026 01:22:31 | Tolls by Mail Payment Processing Center, PO Box 15183, Albany, NY 12212-5183 |
| 15078656 | Email/Text: TFS_Agency_Bankruptcy@toyota.com | May 08 2026 01:28:00 | Toyota Financial Services, Attn: Bankruptcy, PO Box 259001, Plano, TX 75025-9001 |
| 15097911 | + Email/Text: ToyotaBKNotices@nationalbankruptcy.com | May 08 2026 01:28:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 15088167 | Email/PDF: bncnotices@becket-lee.com | May 08 2026 01:33:30 | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

TOTAL: 23

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 09, 2026        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 7, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor Djobba Kekoura Kamara help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

District/off: 0313-2                                          User: admin                                               Page 3 of 3
Date Rcvd: May 07, 2026                             Form ID: 155                                          Total Noticed: 24
TOTAL: 3

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                       )

   Djobba Kekoura Kamara        )         Case No. 25−14884−djb

                        )

                        )

   Debtor(s).                 )         Chapter: 13

                        )

                        )

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

    **AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    **A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    **B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    **C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: May 7, 2026                       For The Court

                                         Derek J Baker
                                         Judge, United States Bankruptcy Court