## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

Djobba Kekoura Kamara,

*Debtor*.

Case No. 25-14884-DJB
Chapter 13

### Motion to Modify Plan After Confirmation

Debtor Djobba Kekoura Kamara, by and through his attorney, hereby moves this Court as follows:

1. The Debtor filed a bankruptcy petition on December 1, 2025. The plan was confirmed on May 7, 2026.

2. Proofs of claims have been filed post-confirmation by the City of Philadelphia (the "City") and the U.S. Dept. of Education (the "DOFED").

3. Accordingly, the Debtor now wishes to modify his plan to address proof of claim nos. 5 and 7 filed by the City, and proof of claim no. 6 filed by the DOFED.

4. The proposed plan adds in the City's claims with interest where applicable, increasing the Debtor's monthly plan payments to account for it, and excludes the DOFED's claim, noting that it will survive discharge per 11 U.S.C. § 523(a)(8).

5. The Debtor requests that the Court enter an order approving the plan filed at ECF No. 30 as the new confirmed plan.

For those reasons, the Court must grant relief in the form of order attached, and further in the Debtor's favor if necessary and proper under the law.

Date: June 3, 2026

CIBIK LAW, P.C.
*Counsel for Debtor*

By: _____
Michael A. Cibik (#23110)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com