**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Djobba Kekoura Kamara,<br><br>*Debtor*. | Case No. 25-14884-DJB<br>Chapter 13 |

**Certificate of Service**

I, Michael A. Cibik, certify that on June 3, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Modified Chapter 13 Plan, ECF No. 30

- Motion to Modify Plan After Confirmation and Proposed Order, ECF No. 31

- Notice of Motion to Modify Plan After Confirmation, ECF No. 32

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated below.

Date: June 3, 2026

/s/ *Michael A. Cibik*
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

**Mailing List Exhibit (CM/ECF):**

**U.S. Trustee**
Robert NC Nix, Sr. Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107

**Kenneth E. West**
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106

**Mailing List Exhibit (First Class Mail):**

**Water Revenue Bureau**
c/o Pamela Elchert Thurmond
Tax Lit & Collections Unit
1401 John F Kennedy Blvd Fl 5
Philadelphia, PA 19102-1617

**Toyota Financial Services**
Attn: Bankruptcy
PO Box 259001
Plano, TX 75025-9001

**City of Philadelphia Law Department**
Tax Lit and Coll Unit
1401 JFK Boulevard, 5th Floor
Philadelphia, PA 19102

**U.S. Department of Education**
P.O. Box 16448
Saint Paul, MN 55116-0448