**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| Djobba Kekoura Kamara,<br><br>*Debtor*. | Case No. 25-14884-DJB<br>Chapter 13 |

### ORDER GRANTING MOTION TO MODIFY PLAN

**AND NOW** upon consideration of the Debtor's Motion to Modify the confirmed Chapter 13 Plan (doc. # 31, the "Motion");

It is hereby **ORDERED** that

1) The Motion is **GRANTED**; and

2) The Modified Plan (doc. # 30) is **APPROVED**.

**Date:** **July 2, 2026**

_____
Honorable Derek J. Baker
U.S. Bankruptcy Judge