IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>DJOBBA KEKOURA KAMARA,<br>Debtors,<br><br>TOYOTA MOTOR CREDIT CORPORATION,<br>Movant,<br><br>v.<br><br>DJOBBA KEKOURA KAMARA, and<br>KENNETH E. WEST, Trustee,<br>Respondents. | Bankruptcy No. 25-14884-djb<br><br>Chapter 13 |

MOTION FOR RELIEF FROM THE AUTOMATIC STAY

AND NOW, comes Movant, Toyota Motor Credit Corporation (the "Movant"), by and through its undersigned counsel, Keri P. Ebeck, Esquire, and files this *Motion for Relief from the Automatic Stay* (the "Motion"), representing as follows:

THE PARTIES

1. Respondent, Djobba Kekoura Kamara ("Debtor"), is an adult individual with a place of residence located at 7056 Reedland Street, Philadelphia, PA 19142-1716.

2. Kenneth E. West is the duly appointed Chapter 13 Trustee and is currently acting in such capacity.

JURISDICTION AND VENUE

3. This matter is a core proceeding, and this Court has jurisdiction pursuant to 28 U.S.C. § 1334. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409. Movant seeks relief pursuant to 11 U.S.C. § 362(d) and FRBP 4001 and 9014.

FACTUAL BACKGROUND

4. On or about December 1, 2025, the Debtor filed a voluntary petition for relief pursuant to Chapter 13 of the Bankruptcy Code.

5. On or about July 21, 2025, the Debtor purchased a 2024 Toyota Highlander, VIN: 5TDADAB58RS008185 (the "Vehicle"), pursuant to a Retail Installment Contract (the "Contract") with the Movant, a true and correct copy of which is attached hereto as **Exhibit A**.

6. Movant has a secure interest in the Vehicle, as evidenced by the Certificate of Title attached hereto as **Exhibit B**.

7. The Contract requires monthly payments of $1,639.97, which amounts are due on or before the 20th of each month.

8. The Debtor has failed to make their monthly payments to Movant from April 20, 2026 to September 15, 2026. The Debtor is $9,399.70 in post-petition payment arrears.

9. The total balance due on the Contract as of September 22, 2026, was $74,821.61.

10. The value of the Vehicle is $46,175.00, the report is attached hereto as **Exhibit C**.

11. Movant is entitled to relief from the automatic stay for cause, because the Debtor have failed to make post-petition payments to Movant. 11 U.S.C. §362(d)(1).

WHEREFORE, Movant, Toyota Motor Credit Corporation, respectfully requests that this Honorable Court enter an Order, pursuant to 11 U.S.C. § 362(d), granting Movant relief from stay with respect to the 2024 Toyota Highlander, VIN: 5TDADAB58RS008185.

Respectfully submitted,

METZ LEWIS BRODMAN MUST O'KEEFE.

By: /s/*Keri P. Ebeck*
Keri P. Ebeck, Esq.
PA I.D. # 91298
kebeck@metzlewis.com
444 Liberty Avenue, Suite 2100
Pittsburgh, PA 15222
Phone - (412) 918-1112

Dated: October 14, 2026

*Counsel for Movant*