IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>DJOBBA KEKOURA KAMARA.<br>Debtors,<br><br>TOYOTA MOTOR CREDIT CORPORATION.<br>Movant,<br><br>v.<br><br>DJOBBA KEKOURA KAMARA, and<br>KENNETH E. WEST, Trustee,<br>Respondents. | Bankruptcy No. 25-14884-djb<br><br>Chapter 13 |

**AFFIDAVIT OF MOVANT IN SUPPORT OF MOTION FOR RELIEF FROM STAY**

Before me, the undersigned notary, on this day, personally appeared a person whose identity is known to me, who being by me duly sworn, deposed as follows:

1. My name is MARIA ROCHA. I am at least 18 years of age, of sound mind, capable of making this affidavit and folly competent to testify to the matters stated herein. I am an employee of Toyota Motor Credit Corporation ("Movant"). My job title is Sr. Analyst

2. I have personal knowledge of the facts stated based upon my review of the business records of Movant and swear that all of the allegations of fact contained herein are true and correct to the best of my information and belief at the time I signed this affidavit.

3. I am knowledgeable of the records for Movant. Attached to this affidavit are business records pertaining to the indebtedness owed to Movant by Djobba Kekoura Kamara ("Debtor"). These records are kept by Movant in the regular course of business, and it was the regular course of business of Movant for an employee or representative of Movant with knowledge of the act, event, condition, opinion, or diagnosis that was recorded, to make this record or to transmit the information to be included in this record. The record was made at or near the time or reasonably soon after the act, event, condition, opinion, or diagnosis that was recorded. The records attached to this affidavit are the originals or exact duplicates of the originals.

4. As of September 22, 2026, the Note was post-petition due for April 20, 2026 to September 20, 2026. The Debtor is $9,399.70 in post-petition payment arrears.

5. Movant has a secured interest in the 2024 Toyota Highlander, VIN: 5TDADAB58RS008185, as evidenced by the Certificate of Title attached hereto as **Exhibit B.**

6. As of September 22, 2026, an outstanding principal balance of $74,821.61 is due and owing on the Note. This principal balance is just and true, due, and allows all just and lawful offsets, payments, and credits.

7. Included in the business records attached to this affidavit are the following documents:

a. On or about July 21, 2025, the Debtor purchased a 2024 Toyota Highlander, VIN: 5TDADAB58RS008185 (the "Vehicle"), pursuant to a Retail Installment Contract (the "Contract") with the Movant, a true and correct copy of which is attached hereto as **Exhibit A.**

b. Movant has a secured interest in the 2024 Toyota Highlander, VIN: 5TDADAB58RS008185, as evidenced by the Certificate of Title attached hereto as **Exhibit B**.

c. The J.D. Power value for the 2024 Toyota Highlander, VIN: 5TDADAB58RS008185 is $46,175.00.

Toyota Motor Credit Corporation

S/

Name: **MARIA ROCHA**

Title: Sr. Analyst