SECURE TITLE ADMINISTRATION, INC. TitleExplorer

# Account Details - for [redacted]

Go Back

**Account Number**
[redacted]

**Status**
ACTIVE

View Account Documents (/TitleAccount/AppXtenderViewer?accountNumbe[redacted]lientId=0005&businessUnitCode=01)

Show/Add Comments

Toyota DocLake Documents (/TitleAccount/DocLakeViewer?accountNumbe[redacted]&businessUnitCode=01)

Lien Extension

Request Title History

Go Back

## Customer Information

| | |
|---|---|
| Customers: | KAMARA DJOBBA KEKOURA |
| Co-Owner: | |
| Address: | 7056 REEDLAND ST<br>PHILADELPHIA, PA, 191421716 |
| VIN: | 5TDADAB58RS008185 |

## Account Information

[redacted]

Account Type:

Branch:

[redacted]

| | |
|---|---|
| Account Status: | |
| License Plate: | |
| State: | |
| Vehicle Make: | TOYOTA |
| Dealer: | CONICELLI TOYOTA OF SP… |
| Year: | 2024 |

[redacted]

| | |
|---|---|
| Contract Status: | |
| Title Trust: | |
| Status: | |
| Account Rec'd: | 07/28/2025 |
| Last Changed: | 12/04/2025 |
| Contract Date: | 07/21/2025 |
| Final Payment: | 07/20/2031 |

## Activities

AUTOMTCH
9/16/2025 9:10:53 AM
VERIFICATION, PERFECT ELECTRONIC TITLE Detail [redacted]

© 2026 - Secure Title Administration, Inc.

SECURE TITLE ADMINISTRATION, INC.

TitleExplorer

# Title Details - 5TDADAB58RS008185

Back

## Title Information

| | |
|---|---|
| Account No: | [redacted] |
| Customer: | KAMARA DJOBBA KEKOURA |
| VIN: | 5TDADAB58RS008185 |
| Issue State: | PA |
| Batch No: | [redacted] |
| Title Number: | |
| PA Lien Date: | 9/15/2031 |
| Title Status: | DISPOSITION PERFECT |

E

Electronic Title

## Discrepant Information

Owners:

**KAMARA DJOBBA KEKOURA**

**KAMARA DJOBBA KEKOURA**

Co-Owners:

Lienholder:

**TMCC/LEXUS ELT**

[redacted]

**TOYOTA MOTOR CREDIT COMPANY**

VIN:

**5TDADAB58RS008185**

**5TDADAB58RS008185**

Vehicle Year:

**2024**

**2024**

## User Information

Corrected By:
Manual By:
Dispositioned By:
AUTOMTCH

Back

© 2026 - Secure Title Administration, Inc.