JD Power Used Cars/Trucks

## Vehicle Information

| | |
|---|---|
| Vehicle: | 2024 Toyota Grand Highlander Utility 4D Limited Hybrid Max AWD 2.4L I4 Turbo Hybrid |
| Region: | Eastern |
| Period: | September 22, 2026 |
| VIN: | 5TDADAB58RS008185 |
| Mileage: | 42,500 |
| Base MSRP: | $54,390 |
| Typically Equipped MSRP: | $57,190 |
| Weight: | 4,920 |



## JD Power Used Cars/Trucks Values

| | Base | Mileage Adj. | Option Adj. | Adjusted Value |
|---|---|---|---|---|
| Monthly Used | | | | |
| Rough Trade-In | $44,500 | N/A | N/A | **$44,500** |
| Average Trade-In | $46,175 | N/A | N/A | **$46,175** |
| Clean Trade-In | $47,525 | N/A | N/A | **$47,525** |
| Clean Loan | $42,775 | N/A | N/A | **$42,775** |
| Clean Retail | $52,075 | N/A | N/A | **$52,075** |
| Weekly Auction | | | | |
| Low | $41,975 | N/A | N/A | **$41,975** |
| Average | $45,500 | N/A | N/A | **$45,500** |
| High | $49,050 | N/A | N/A | **$49,050** |

*The auction values displayed include typical eqiupment and adjustments for mileage and any of the following applicable accessories: engine size, drivetrain, and trim.