IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>DJOBBA KEKOURA KAMARA,<br>Debtors,<br><br>TOYOTA MOTOR CREDIT CORPORATION,<br>Movant,<br><br>v.<br><br>DJOBBA KEKOURA KAMARA, and<br>KENNETH E. WEST, Trustee,<br>Respondents. | Bankruptcy No. 25-14884-djb<br><br><br>Chapter 13 |

ORDER OF COURT

AND NOW, this ___ day of ________________, 2026, upon consideration of the foregoing Motion for Relief from the Automatic Stay, it is hereby ORDERED,

a. Relief from the Automatic Stay is granted as to the interest of Toyota Motor Credit Corporation in regard to the 2024 Toyota Highlander, VIN: 5TDADAB58RS008185.

b. The stay provision of Fed. R. Bankr. P. 4001(a)(4) does not apply to this order.

BY THE COURT:

______________________________
Honorable Derek J. Baker
U.S. Bankruptcy Court Judge