**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Djobba Kekoura Kamara,<br>*Debtor*. | Case No. 25-14884-DJB<br>Chapter 13 |

**Debtor's Objection to Motion for Relief from Stay**

**AND NOW**, Debtor Djobba Kekoura Kamara, by and through his attorney, hereby objects to the Motion for Relief from Stay filed by creditor Toyota Motor Credit Corporation.

Date: October 29, 2026

CIBIK LAW, P.C.
*Counsel for Debtor*

By: /s/ Michael A. Cibik
Michael A. Cibik (#23110) 1500
Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

**Certificate of Service**

I certify that on this date I caused a true and correct copy of the Debtor's Objection to Motion for Relief from Stay filed by Toyota Motor Credit Corporation to be served on all parties on the clerk's service list through the CM/ECF system. I did not serve anyone by mail.

Date: October 29, 2026

/s/ Michael A. Cibik
Michael A. Cibik